UNITED STATES BANKRUPTCY COURT
FOR THE
Western District of Virginia

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
JUN 25 2015
By _____
DEPUTY CLERK

In re: Misty Lynn Walker and Phillip Garber

Debtor(s)

CASE NO. 15–50561

CHAPTER 7

## STATEMENT OF DEBTOR AS TO ASSISTANCE BY NON–ATTORNEY IN REGARDS TO PREPARING AND FILING PETITION

The above debtor hereby discloses the following information concerning assistance in connection with the filing of this bankruptcy case:

(X) 1)   No assistance was provided.

( ) 2)   Name, address, social security number, and telephone number of person or firm who provided assistance:

_____
_____
_____

Amount paid for same: $_____

Method of payment: _____

Balance due, if any: $_____

I declare under penalty of perjury that the foregoing information given in regards to assistance by non–attorney in the filing of this petition is true and correct to the best of my information and belief.

Executed at _____
Executed on _____

_____
Debtor

_____
Joint Debtor

soda.jsp

25505001637033

001634

UNITED STATES BANKRUPTCY COURT
FOR THE
Western District of Virginia

| In re: Misty Lynn Walker and Phillip Garber | CASE NO. 15–50561 |
|---|---|
| Debtor(s) | CHAPTER 7 |

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT

JUN 25 2015

By _____
DEPUTY CLERK

## STATEMENT OF ASSISTANCE BY BANKRUPTCY PETITION PREPARER

The undersigned hereby discloses to the Court, pursuant to 11 United States Code Section 110, that he assisted the above-named debtor in connection with the preparation and filing of the above cases.

Name: _____
Address: _____
_____
_____

Telephone: _____
Social Security Number: _____

Amount Paid:           $_____
Amount Still Due:      $_____
Security Interest Given for
    Assistance, if any:   _____

I declare under penalty of perjury that the foregoing information given in regards to assistance by non-attorney in the filing of this petition is true and correct to the best of my information and belief.

Executed at _____
Executed on _____

_____
BANKRUPTCY PETITION PREPARER

sabp.jsp